IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 26- |
| SHAWN BELL | : | |

ORDER FOR BENCH WARRANT

AND NOW, this 16th day of September, 2026, on motion of David Metcalf, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

HONORABLE KATAYOUN M. COPELAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 26- |
| SHAWN BELL | : | |

MOTION FOR BENCH WARRANT

AND NOW, this 16th day of September, 2026, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Lauren Stram and Christopher Parisi, Assistant United States Attorneys move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Lauren Stram*
LAUREN STRAM
CHRISTOPHER PARISI
Assistant United States Attorneys