IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 26-440 |
| | : | |
| v. | : | |
| | : | |
| SHAWN BELL | : | |

ORDER

AND NOW, this ___________ day of ________________ 2026, upon consideration of the Unopposed Motion of Defendant Shawn Bell for an Extension of Time to File Pretrial Motions, and the Government's non-opposition to the same, it is hereby

ORDERED and DECREED

that the Motion is hereby GRANTED and the Defendant shall have until ______________ _______________________ in which to file Pretrial Motions.

BY THE COURT:

_______________________________________
Honorable Gerald J. Pappert
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 26-440 |
| | : | |
| v. | : | |
| | : | |
| SHAWN BELL | : | |

DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Defendant Shawn Bell, by and through his attorney, Luther E. Weaver, III, Esquire, hereby Moves this Honorable Court for an extension of time for the filing of pretrial motions, and in support of this Motion, hereby states as follows:

A. Background

1. On September 16, 2026, a grand jury in the Eastern District of Pennsylvania returned a 5-count Indictment charging Defendant Shawn Bell and 9 other defendants with several federal offenses alleging, inter alia, that the Defendants were involved in a drug trafficking organization. Defendant Bell was specifically charged in Count One with Conspiracy to Distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, between July 2024 and June 26, 2026, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A). Notices of Forfeiture were also filed. (ECF Doc. No. 46).

2. The case has been assigned to the calendar of the Honorable Gerald J. Pappert, United States District Court Judge.

3. On September 22, 2026, Undersigned Counsel was appointed to represent the Defendant in this matter by the Honorable Caroline Goldner Cinquanto, United States Magistrate Judge. (ECF Doc. No. 70). On the same day, the Defendant was arraigned and pled not guilty to Count One of the Indictment. (ECF Doc. No. 70).

4. As of the filing of this Motion, no trial date has been set.

B. Basis for the Motion

5. Following arraignment on September 22, 2026, the Court advised the Defendant that pretrial motions were due within 14 days of the arraignment, or by October 6, 2025.

6. To date, no discovery has been provided by the Government. Upon information and belief, the discovery in this matter is expected to be extraordinarily voluminous due to the number of counts charged, the number of Defendants indicted, and due to the various forms of discovery. As a result, it is anticipated that it will take considerable time for the Government to provide the Defendant with the discovery.

7. Due to the fact that no discovery has been received to date, Defense Counsel is unable to determine what, if any, pretrial motions should be filed by the current deadline of October 6, 2026.

8. An extension of the current pretrial motions deadline is necessary to permit Counsel to receive the discovery, review the same, review the discovery with the Defendant, and to consult with and advise the Defendant regarding what if any pretrial motions should be filed.

9. Undersigned Counsel hereby certifies that he discussed this Motion with Defendant and for the reasons set forth above, the Defendant advised undersigned Counsel that he consents to the filing of this Motion.

10. Assistant United States Attorney Christopher E. Parisi, one of the Assistant United States Attorneys assigned to this case, has authorized undersigned Counsel to advise the Court that the Government has no objection to this Motion.

WHEREFORE, the Defendant respectfully prays that this Honorable Court enters an Order extending the current pretrial motions deadline for a new date to be set by the Court.

Respectfully submitted,

LUTHER E. WEAVER, III, ESQUIRE
Weaver & Associates, P.C.
610 York Road, Suite 400
Jenkintown, PA 19046-2866
(215) 790-0600
Attorney for Defendant Shawn Bell

Dated: September 23, 2026

CERTIFICATE OF SERVICE

I, Luther E. Weaver, III, Esquire, hereby certify that I have served a copy of the within Unopposed Motion of Defendant Shawn Bell for an Extension of Time to File Pretrial Motions upon all counsel of record by electronic transmission, including Counsel for the Government as follows:

Christopher E. Parisi, Esquire
Lauren E. Stram, Esquire
Assistant United States Attorney
Suite 1250
615 Chestnut Street
Philadelphia, PA 19106-4476

LUTHER E. WEAVER, III, ESQUIRE

DATE: September 23, 2026