**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 26-440** |
| **GREGORY JONES, et al.** | : | |

**O R D E R**

AND NOW, this day of September, 2026, upon consideration of the Government's Motion for Complex Case Declaration and Special Listing of Criminal Number 26-440, this Court finds as follows:

1. In an indictment returned on September 16, 2026, defendant Gregory Jones as well as nine additional defendants were charged with federal drug trafficking and firearm offenses.

2. The above-captioned case is so unusual and complex due to the nature of the prosecution, the number of defendants, and the amount of evidence that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.

3. This Court has determined that the case is unusual and complex for the following reasons:

(a) The indictment charges ten defendants with conspiracy, in violation of Title 21, United States Code, Section 846, along with two additional defendants charged with possession with intent to distribute controlled substances in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 860. One defendant is charged with firearms offenses. There are forty overt acts alleged in Count One. Every defendant faces a mandatory minimum sentence of at least ten

years, and up to a lifetime, in prison. The charges involve allegations the defendants participated in drug trafficking and firearms offenses between July 2024 and June 2026.

(b) Discovery is voluminous because the case relates to a lengthy investigation involving these defendants and others. There were approximately four months' worth of interceptions, both audio and video, obtained during a Title III wiretap. The discovery materials include numerous police reports and other paperwork as well as material captured on various pole cameras, materials related to controlled narcotics purchases, audio and video recordings made throughout this investigation, cloud storage accounts, financial records, and cellular telephones. The defendants will need to be given access to multiple hard drives and/or numerous DVDs containing all this data.

(c) As the investigative and police reports reflect, the government will likely call numerous law enforcement and civilian witnesses at trial in this matter, including witnesses from at least six different law enforcement agencies around the United States. The government also anticipates calling expert witnesses to testify to the testing of the voluminous amount of various types of narcotics recovered from the controlled purchases, local arrests, and search warrants executed throughout this investigation and additional witnesses to testify in connection with the firearms charges set forth in the indictment.

4. For the reasons stated in paragraphs one, two and three of this Order, the ends of justice will be served by granting a continuance beyond the time limits established by the Speedy Trial Act in this case. The ends of justice served by this Order outweigh the best interests of the public and the defendants in a speedy trial.

5. It is hereby ORDERED, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), that the above-captioned cases are continued beyond the time limits established by the

Speedy Trial Act.

It is further ORDERED that trial is specially listed for _________________.

BY THE COURT:

_________________________________
HONORABLE GERALD J. PAPPERT
*Judge, United States District Court*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. 26-440** |
| **GREGORY JONES, et al.** | : | |

**GOVERNMENT'S MOTION FOR**
**COMPLEX CASE DECLARATION**

The United States of America, by its attorneys, David Metcalf, United States Attorney for the Eastern District of Pennsylvania, and Christopher E. Parisi and Lauren Stram, Assistant United States Attorneys for the District, hereby moves, pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), to have the above-captioned case declared complex and specially listed for trial. In support of this motion, the government states as follows:

1. The above-captioned case is so unusual and so complex due to the nature of the prosecution, the number of defendants, the number of witnesses and the amount of physical evidence that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act.

2. The case is unusual and complex for the following reasons:

(a) The indictment charges ten defendants with conspiracy, in violation of Title 21, United States Code, Section 846 and related charges, along with two additional defendants charged with possession with intent to distribute controlled substances in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 860. One defendant is charged with firearms offenses. The indictment alleges a multi-year conspiracy to smuggle cocaine into the United States, where it was then shipped by tractor trailer to Philadelphia for distribution to drug traffickers in the

Eastern District of Pennsylvania. There are forty overt acts included in Count One. Every defendant faces a mandatory minimum sentence of at least ten years, and up to a lifetime, in prison. Several defendants face substantially longer mandatory terms of imprisonment, and each defendant's estimated guidelines range calls for decades in federal prison. The charges involve allegations that the defendants participated in this conspiracy between July 2024 and June 2026.

(b) Discovery is voluminous because the case relates to a lengthy investigation involving these defendants and others. The discovery materials include four months' worth of audio and video interceptions made during a Title III wiretap, as well as several years' worth of pole camera surveillance. There are numerous police reports and other paperwork as well as materials related to controlled narcotics purchases, audio and video recordings made throughout this investigation, numerous financial records obtained via grand jury subpoena, cloud storage accounts, and cellular telephones. The defendants will need to be given access to multiple hard drives and/or numerous DVDs containing all this data. Electronic evidence, including all video footage, exceeds 40 terabytes of data.

(c) As the investigative and police reports reflect, the government will likely call numerous witnesses at trial in this matter. These witnesses include law enforcement officers and federal agents from multiple jurisdictions, including Delaware, Maryland, Virginia, Tennessee, and Texas, among others. The government also anticipates calling expert witnesses to testify to the testing of the voluminous amount of various types of narcotics recovered from the controlled purchases, local arrests, and search warrants executed throughout this investigation and additional witnesses to testify in connection with the firearms charges set forth in the indictment.

3. For the reasons set forth above, the ends of justice will be served by granting a continuance beyond the time limits established by the Speedy Trial Act in this case. The ends of

justice served by this proposed order outweigh the best interests of the public and the defendants in a speedy trial.

4. In view of the number of defendants and witnesses, a special listing would facilitate the orderly trial of this case by insuring that no attorneys, witnesses or defendants have conflicting commitments.

5. On September 25, 2026, the government notified the defense counsel of the government's intention to file a motion to designate the case as complex and sought the position of all defendants. No defendants object to this motion.

WHEREFORE, the government respectfully requests that its Motion for Complex Case Declaration and Motion for Special Listing be granted.

Respectfully submitted,

DAVID METCALF
United States Attorney

*/S/ Christopher E. Parisi*
CHRISTOPHER E. PARISI
LAUREN STRAM
Assistant United States Attorney

Dated: September 28, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a copy of the Government's Motion for Complex Case Declaration and Motion for Special Listing to be served by electronic filing/ECF upon all counsel of record.

*/S/ Christopher E. Parisi*
CHRISTOPHER E. PARISI
Assistant United States Attorney

Dated: September 28, 2026