**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| **v.** | **:** | **CRIMINAL NO. 26-440-ALL** |
| **GREGORY JONES, et al.** | **:** | |

**PROTECTIVE ORDER CONCERNING DISCLOSURE OF DISCOVERY**

AND NOW, this 13th day of October, 2026, upon the motion of the government for a protective order restricting the dissemination of material provided under its Federal Rule of Criminal Procedure 16, Jencks Act, *Brady*, and *Giglio* disclosure obligations, the Court has considered the papers filed, and has weighed the need of the defendant to review trial-related material with the government's interest in preserving the safety of cooperating witnesses. The Court finds that the following restrictions do not unduly impair the ability of the defendant to prepare for trial and makes a reasonable accommodation for the safety of cooperating witnesses in the face of a significant risk to their safety. The government's motion is GRANTED.

It is hereby ORDERED that counsel for the defendant is prohibited from providing copies of the discovery, Jencks Act, *Brady*, and *Giglio* materials to the defendant and/or from leaving any copies of the discovery in the actual possession of the defendant, including while he is incarcerated at the Federal Detention Center in Philadelphia ("FDC"), while at any other institution of detention, or if released. The defendants who are presently incarcerated at the FDC, shall be permitted to review any disclosed materials in this case outside

of the presence of his counsel on computers monitored by the FDC. The FDC shall be provided with electronic flash drives containing the disclosed materials in this case. The defendant shall be permitted to view the contents of the flash drives on a FDC computer provided that the FDC computer does not have access to a printer, a copier, the internet, email, or any other means of dissemination. The defendant is prohibited from printing, emailing, or otherwise disseminating the material from the flash drives or otherwise sharing or displaying the material with third parties.

Additionally, the FDC, or any other house of incarceration, shall permit and/or limit the defendant to reviewing the materials contained on the flash drives in any manner necessary to comply with established guidelines, procedures, and protocols necessary for the proper maintenance, safety, and order of the FDC, or any other house of incarceration. Additionally, the FDC, or any other house of incarceration, shall at all times maintain custody and control over the flash drives and shall not permit the defendant to retain the materials within his housing area.

Counsel is prohibited from providing a physical copy of the disclosed materials to the defendant or to third parties not retained by counsel to assist with trial preparation or providing their substance in writing. This order does not prohibit counsel from showing these materials to the defendant and discussing these materials at meetings with the defendant or from reading from or discussing these materials in telephone conversations with the defendant.

Counsel may make such use of these materials produced by the government in this case as is necessary to prepare for trial and for use at trial, including displaying the materials to the defendant and other persons assisting counsel in preparing for and conducting the trial.

This order also does not prohibit counsel from showing the materials to, providing copies of these materials to, or discussing the contents of the materials with, any defense experts or defense investigators who are a part of the defendant's defense team and are actively working on the defendant's defense to the charges of the indictment. However, any expert, investigator, or member of the defense team that is provided access to these materials is bound by the prohibitions of this Order in the same manner as defense counsel and is prohibited from any further copying or dissemination of the materials unless granted permission to do so by subsequent Order of this Court.

Any defense counsel or other person to whom disclosure is made pursuant to this paragraph may not allow the defendant to have custody and control over the materials provided by the government. The defendant shall not be allowed to print or email any item produced, or to in any way copy, reproduce, possess, or disseminate any document or recording included in the materials.

BY THE COURT:

***/s/ Gerald J. Pappert***
Honorable Gerald J. Pappert
*Judge, United States District Court*